DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLA CHANEL MOLINA,** as personal representative of the **ESTATE OF CARLOS MOLINA RIOS,** and as daughter of **CARLOS MOLINA RIOS,**
Appellant/Cross-Appellee,

v.

**ALLIANCE RESIDENTIAL REALTY, LLC,**
a for-profit Arizona corporation,
Appellee.

and

**ROBERT MICHAEL HALL,** an individual,
Appellee/Cross-Appellant,

No. 4D2024-1329

_____

**ROBERT MICHAEL HALL,**
Appellant,

v.

**BRYAN APARICIO** and **SU HNINYI,**
Appellees.

Nos. 4D2024-2687 and 2024-2689

[October 9, 2025]

Consolidated appeals and cross-appeal of nonfinal orders from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt and John J. Parnofiello, Judges; L.T. Case Nos. 2022CA012251, 2023CA000136, 2023CA000095.

Cory D. Lapin and Sagi Shaked of Shaked Law Firm, P.A., Miami, and Gregory C. Ward, Jany Martinez-Ward, Michael S. Lotto, and Adriana Cioara of The Ward Law Group, PL, Miami Lakes, for Carla Chanel Molina.

Dean A. Morande of Carlton Fields, P.A., West Palm Beach, Jeffrey A.

Cohen of Carlton Fields, P.A., Miami, and Nicholas E. Athanas of Carlton Fields P.A., Atlanta, GA, for Robert Michael Hall and Alliance Residential Realty.

Grace Mackey Streicher and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Donald J. Ward of Searcy Denney Scarola Barnhart & Shipley, PA, West Palm Beach, for Bryan Aparicio and Su Hninyi.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***